DECIDED AUGUST 29, 1930.

*Roscoe Pickett,* for plaintiffs.
*F. A. Cantrell, J. G. B. Erwin,* for defendants.

### 20264. SILVER *v.* EARNEST.

BELL, J. This case is controlled by the decision this day rendered in *Moss* v. *Earnest*, ante, 740.

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*